# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| MONICA LAVADE WILLIAMS | : | |
| *aka* MONICA LAVADE BOYD  and | : | Bankruptcy No. 07-13013DWS |
| CORDELL AGUE WILLIAMS , | : | |
| | : | |
| Debtors. | : | |

# ORDER

**AND NOW**, this 29th day of May 2007, Debtors having filed a voluntary petition in bankruptcy under chapter 7 on May 24, 2007;

**And** Debtors having failed to file a certificate evidencing prepetition credit counseling, which is an eligibility requirement for bankruptcy relief pursuant to 11 U.S.C. § 109(h)(1) ("an individual may not be a debtor . . . unless such individual has, during the 180-day period preceding the date of filing of the petition by such individual, received from an approved nonprofit budget and credit counseling agency . . . an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis."). Thus, the credit counseling requirement should be met before the individual files a voluntary bankruptcy petition;

**And** Debtors having indicated on Exhibit D - Statement of Compliance with

<u>In re Monica & Cordell Williams  - Bankruptcy No. 07-13013DWS</u>

Credit Counseling Requirement to their petition that exigent circumstances existed pursuant to 11 U.S.C. § 109(h)(3)(A) and having filed a certification in support thereof (the "Certification");

**And** 11 U.S.C. § 109(h)(3)(A) permitting a debtor to obtain credit counseling after his/her bankruptcy case commenced, but only in very limited circumstances, <u>i.e.</u>, a debtor must certify:  (1) that he/she sought credit counseling prior to the filing of the petition; (2) such counseling was not available within five days beginning from the date the debtor made the request; and (3) the debtor needed to file his/her petition for valid, emergency reasons and thus could not wait for such counseling to take place;

**And** the Certification merely asserting that Debtors were not aware of the credit counseling requirement, which is not a basis for waiver under § 109(h)(3)(A);

It is hereby **ORDERED** that Debtors' case shall be and hereby is **DISMISSED** for failure to comply with § 109(h).

*[signature: Diane W. Sigmund]*

_____
DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge